NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1141, 1155

INTERACTIVE HEALTH, LLC (now known as Human Touch, LLC)
and DAITO DENGKI KOGYU K.K. (doing business as
Daito Electric Machine Industry, Inc.),

Plaintiffs-Appellants,

v.

KING KONG USA, INC., AMERICAN LIGHTING INDUSTRY, INC.,
and BERNARD KOAY,

Defendants-Appellees,

and

WFO IMPORTS LLC,

Defendant-Cross Appellant,

and

BLAIR HAYES,

Defendant-Cross Appellant,

and

HEALTHFIRST LLC,

Defendant-Appellee.

Appeals from the United States District Court for the Central District
of California in case no. 06-CV-1902, Judge Valerie Baker Fairbank.

ON MOTION

Before DYK, Circuit Judge.

ORDER

WFO Imports, LLC submits a motion for a stay of execution of the judgment, pending disposition of this appeal.

Upon consideration thereof,

(1)     Interactive Health, LLC et al.'s response is due no later than March 2, 2009.

(2)     Execution of the judgment is temporarily stayed as against WFO Imports, LLC, pending disposition of the motion to stay.*

FOR THE COURT

FEB 1 3 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:     David A. Dillard, Esq.
        Leslie F. Vandale, Esq.
        Peter J. Korneffel, Jr., Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 3 2009

JAN HORBALY
CLERK

_____
*     The temporary stay is granted to preserve the status quo. It is not based upon a consideration of the merits of the motion.

2009-1141, -1155                                    - 2 -